Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Phone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendant
CABAN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendant. | Case No. 3:24-cv-04455<br><br>**DEFENDANT CABAN SYSTEMS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendants Caban Systems, Inc. ("Caban") submits this Unopposed Administrative Motion to Extend Time to Respond to Plaintiff Multiflora International, LTD.'s complaint by 30 Days, up to and including Friday September 20, 2024.

Plaintiff initiated this action on July 23, 2024. The complaint and accompanying documents were served on Caban on July 31, 2024. Purcell Decl. ¶ 2.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Caban's deadline to respond to the complaint is August 21, 2024. Purcell Decl. ¶ 3.

On August 9, 2024, counsel for Caban spoke with Plaintiff's counsel over Zoom about Caban's need for additional time to respond to the Complaint due to the complexities of the issues presented, including questions of jurisdiction, venue, as well as 12(b)(6) arguments. Plaintiff's counsel stated he would speak with this client about granting a 30-day extension. Purcell Decl. ¶ 4-5.

On August 14, 2024, Caban's counsel emailed Plaintiff's counsel following up on the stipulated 30-day extension. Caban's counsel responded saying he did not have authorization to grant more than a 15-day extension but would not oppose an administrative motion for an additional 15 days. Purcell Decl. ¶ 6.

This Motion is not made for purposes of delay, and Defendant believes the above circumstances present good cause justifying the extension of its deadline to respond to the Complaint. There have been no other extensions requested or granted in this action. Purcell Decl. ¶ 7.

The requested time will not impact any underlying schedule for this action. The Initial Case Management Conference is currently set for November 7, 2024. Purcell Decl. ¶ 8.

For these reasons, Defendant Caban respectfully requests an Order extending Caban's deadline to respond to the Complaint by 30 days, up to and including Friday September 20, 2024.

Dated:  August 16, 2024

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Celine G. Purcell*
Celine G. Purcell

Attorneys for Defendant
CABAN SYSTEMS, INC.