Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Phone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendant
CABAN SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendant. | Case No. 3:24-cv-04455<br><br>**DEFENDANT CABAN SYSTEMS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

I, Celine G. Purcell, declare as follows:

1. I am an attorney admitted to practice law in California and before this Court. I am a Senior Associate at The Norton Law Firm PC and counsel of record for Defendant Caban Systems, Inc. Except where otherwise stated, the statements in this declaration are based on my own personal knowledge and, if called to do so, I could and would testify competently to them.

2. Plaintiff initiated this action on July 23, 2024. The complaint and accompanying documents were served on Caban on July 29, 2024.

3. Pursuant to FRCP 12(a)(1)(A), Caban's deadline to respond to the complaint is August 21, 2024.

4. Caban has been diligent in reviewing the complaint in order to respond; due to the complexities of the issues presented, including questions of jurisdiction, venue, as well as 12(b)(6) arguments, Caban will not be in a position to sufficiently respond to the Complaint by the current deadline of August 21, 2024.

5. On August 9, 2024, counsel for Caban spoke with Plaintiff's counsel over Zoom about Caban's need for additional time to respond to the Complaint. Plaintiff's counsel stated he would speak with this client about granting a 30-day extension.

6. On August 14, 2024, Caban's counsel emailed Plaintiff's counsel following up on the stipulated 30-day extension. Caban's counsel responded saying he did not have authorization to grant more than a 15-day extension but would not oppose an administrative motion for an additional 15 days.

7. This Motion is not made for purposes of delay, and Defendant believes the above circumstances present good cause justifying the extension of its deadline to respond to the Complaint. There have been no other extensions requested or granted in this action.

8. The requested time will not impact any underlying schedule for this action. The Initial Case Management Conference is currently set for November 7, 2024.

I declare under the laws of the United States that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on August 16, 2024 in San Carlos, CA.

1

DECLARATION OF CELINE G. PURCELL ISO OF UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-04455

| | |
|---|---|
| Dated:  August 16, 2024 | Respectfully submitted, |
| | THE NORTON LAW FIRM PC |
| | |
| | */s/ Celine G. Purcell* |
| | Celine G. Purcell |
| | |
| | Attorneys for Defendant |
| | CABAN SYSTEMS, INC. |

2

DECLARATION OF CELINE G. PURCELL ISO OF UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-04455