1  Fred Norton (SBN 224725)
   fnorton@nortonlaw.com
2  Celine G. Purcell (SBN 305158)
   cpurcell@nortonlaw.com
3  THE NORTON LAW FIRM PC
   299 Third Street, Suite 200
4  Oakland, CA 94607
   Phone: (510) 906-4900
5  Fax: (510) 906-4910

6  Attorneys for Defendant
   CABAN SYSTEMS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares, | Case No. 3:24-cv-04455
13 | | **[PROPOSED] ORDER GRANTING DEFENDANT CABAN SYSTEMS, INC.'S UNOPPOSED ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**
14 | Plaintiff, |
15 | v. |
16 | CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive, |
17 | |
18 | |
19 | |
20 | Defendant. |

1 | Defendant Caban's administrative motion for additional time to answer the Complaint is hereby
2 | GRANTED.  Caban's deadline to answer the Complaint is extended to Friday September 20, 2024.
3 |
4 | IT IS SO ORDERED.
5 | Dated:
6 |                                                Honorable Thomas S. Hixson

[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-CV-04455