Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Phone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendant
CABAN SYSTEMS, INC.
and JACQUELINE RASCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-04455<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JACQUELINE RASCH TO RESPOND TO THE COMPLAINT** |

1  Plaintiff Multiflora International, LTD. ("Plaintiff") and Defendant Jacqueline Rasch
2  respectfully submit this Stipulation to Extend Time to Respond to Plaintiff Multiflora International,
3  LTD.'s complaint up to and including Friday September 20, 2024.

4  Plaintiff initiated this action on July 23, 2024. The complaint and accompanying documents were
5  served on Defendant Jacqueline Rasch on April 8, 2024.

6  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Jacqueline Rasch's deadline to respond
7  to the complaint is forthcoming.

8  On August 23, 2024, the Court granted the administrative motion of Defendant Caban Systems
9  to extend the date for its response to the complaint to September 20, 2024.

10  Defendants Caban Systems and Jacqueline Rasch have retained common counsel.

11  On August 20, 2024, Jacqueline Rasch's counsel emailed Plaintiff's counsel requesting an
12  extension for Jacqueline Rasch to respond to the complaint to the same date as Caban Systems.

13  On August 22, 2024, Counsel for Plaintiff emailed Defendant Jacquelin Rasch's Counsel
14  agreeing to a stipulation.

15  The requested time will not impact any underlying schedule for this action. The Initial Case
16  Management Conference is currently set for November 7, 2024, and not all Defendants named in the
17  complaint have been served at this time.

18  For these reasons, Plaintiff's and Defendant Jacqueline Rasch hereby stipulate to an extension of
19  time to respond to the Complaint up to and including Friday September 20, 2024.

20  The Parties agree that by entering into this stipulation, Multiflora does _not_ waive any objection it
21  may have as to any potential conflicts existing between Defendant Jacqueline Rasch and Defendant
22  Caban Systems, Inc., or any possible joint representation of them by common counsel, and this
23  stipulation is without prejudice as to any possible motion to disqualify that Multiflora may bring if
24  Defendant Jacqueline Rasch and Defendant Caban Systems, Inc. are ultimately represented by common
25  counsel when they make their initial appearances.   .

26  In so stipulating, Jacqueline Rasch does not concede that there is any valid objection to her
27  having common counsel with Caban Systems or that Plaintiff would have any right to assert such an
28

1 objection. Jacqueline Rasch also does not waive any objection to personal jurisdiction, subject matter
2 jurisdiction, or other grounds to dismiss the complaint.

3 **IT IS SO STIPULATED.**

Dated: August 27, 2024

Respectfully submitted,

THE NORTON LAW FIRM PC

*/s/ Celine G. Purcell*

Celine G. Purcell
Attorneys for Defendant
JACQUELINE RASCH

MOYA LAW FIRM

Dated: August 27, 2024

*/s/ Mario Moya*

Mario Moya
Attorneys for Plaintiff
MULTIFLORA INTERNATIONAL, LTD.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 27, 2024

*/s/ Celine G. Purcell*

Celine G. Purcell