Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Leah L. Judge (SBN 302406)
ljudge@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, Ca, 94612
Phone: (510) 906-4900
Fax:    (510) 906-4910

Attorneys for Defendants
CABAN SYSTEMS, INC.
and JACQUELINE RASCH CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-04455<br><br>**DECLARATION OF JACQUELINE RASCH CASTILLO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(2)** |

I, Jacqueline Rasch Castillo declare as follows:

1. I submit this declaration in support of my Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Except where otherwise stated, I make the statements in this declaration based on my personal knowledge. If called upon to testify to them, I could and would do so competently.

2. I am a dual citizen of Guatemala and Germany. I currently reside in Guatemala City, Guatemala.

3. I attended Santa Clara University in California on a student visa from 2014 until I graduated in June 2018. During that time, I had a California driver's license. My driver's license expired in 2019 along with my student visa. I immediately moved home to Guatemala after graduating from Santa Clara University in June 2018.

4. I did not live in California before enrolling at Santa Clara University.

5. I work as an independent contractor for Caban Systems, Inc. ("Caban"). I have been an independent contractor for Caban since September 2018. Although Caban's headquarters are in Burlingame, California, I have worked from Guatemala since starting with the company. I worked from home in Guatemala during the pandemic from 2020 to 2022. When Caban set up a subsidiary office in Guatemala in 2022, I began working out of the Caban Guatemala office and still work there.

6. I lead Caban's global sales operations and sustainability reporting. None of the employees I supervise reside in California. My supervisor resides in Canada. My day-to-day work does not involve communicating with individuals based in California or managing contracts with California-based entities. Before leading global sales and sustainability, I was the project manager for all of Caban's activities in Mexico and the Dominican Republic, and I continue to lead marketing efforts globally.

7. Caban is currently closing its office in Burlingame, California and relocating its headquarters to Dallas, Texas, where Caban's manufacturing facilities are also located. I am currently in California helping with the logistics of the move. After the headquarters relocation is complete, only the software and cloud teams will remain in California. I do not work with the software and cloud teams.

1

DECLARATION OF JACQUELINE RASCH CASTILLO
CASE NO: 3:24-CV-04455

8. Between June 2018 and May 2021, I visited California two to three times per year to help set up Caban's Burlingame, California office and to attend work trainings / meetings. Since May 2021, I have visited California approximately three to four times per year to take my mother to medical appointments at UCSF.

9. I own no property in California.

10. I have never filed a lawsuit in California and, until this lawsuit was filed, have never been named as a defendant in a lawsuit in California.

I declare under the laws of the State of California that the statements in this declaration are true and correct to the best of my knowledge, and that this declaration was executed on September 19, 2024, in Burlingame, CA.

Dated:  September 19, 2024

By: *Jacqueline Rasch Castillo*   9/19/2024
Jacqueline Rasch Castillo

2

DECLARATION OF JACQUELINE RASCH CASTILLO
CASE NO: 3:24-cv-04455