Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Leah L. Judge (SBN 302406)
ljudge@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, Ca, 94612
Phone: (510) 906-4900
Fax:     (510) 906-4910

Attorneys for Defendants
CABAN SYSTEMS, INC.
and JACQUELINE RASCH CASTILLO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MULTIFLORA INTERNATIONAL
LTD., a British Virgin Islands company
limited by shares,

       Plaintiff,

       v.

CABAN SYSTEMS, INC., a Delaware
corporation; GAIA INVESTMENT
HOLDINGS CORP., a Panamanian
corporation; ALEXANDRA RASCH, an
individual; JACQUELINE RASCH, an
individual; NADINE RASCH, an individual;
CHRISTIAN RASCH, an individual; and
DOES 1–20, inclusive,

       Defendants.

Case No. 3:24-cv-04455

**[PROPOSED] ORDER GRANTING
DEFENDANT JACQUELINE RASCH
CASTILLO'S MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM
PURSUANT TO FEDERAL RULES OF
CIVIL PROCEDURE 12(b)(2) AND 12(b)(6)**

1    Having considered the papers, arguments, and all other matters presented to the Court, the Court

2  hereby GRANTS Defendant Jacqueline Rasch Castillo's motion to dismiss pursuant to Federal Rules of

3  Civil Procedure 12(b)(2) and 12(b)(6).

4    IT IS HEREBY ORDERED that Jacqueline Rasch Castillo's Motion to Dismiss is granted.  The

5  complaint in this case is dismissed against Jacqueline Rasch with prejudice.

6

7  **IT IS SO ORDERED.**

8

9  Dated:                                                      _____

10                                                             Honorable Thomas S. Hixon

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28