MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
       rhoberg@moyalawfirm.com

Attorneys for Plaintiff
MULTIFLORA INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>    Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>    Defendants. | Case No. 4:24-cv-04455-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MULTIFLORA INTERNATIONAL LTD.'S ADMINISTRATIVE MOTION RE: BRIEFING AND HEARING SCHEDULE FOR PENDING MOTIONS TO DISMISS**<br><br>Civil L.R. 6-3 & 7-11<br><br><br>Complaint Filed: 07/23/2024 |

---

[PROP.] ORDER GRANTING ADMIN. MOTION RE: SCHEDULE FOR PENDING
MOTIONS TO DISMISS
1

Good cause appearing for the requested relief, Plaintiff Multiflora International, Ltd.'s Administrative Motion re: Briefing and Hearing Schedule for Pending Motions to Dismiss filed by Defendants Caban Systems, Inc. and Jacqueline Rasch Castillo is hereby GRANTED. The briefing and hearing schedule is modified as follows:

1. The previously-set October 31, 2024 hearing date on Defendant Caban Systems, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim as well as Defendant Jacqueline Rasch Castillo's joinder and separate Rule 12(b)(2) and 12(b)(6) Motion to Dismiss, is continued to **Tuesday December 3 10, 2024 at 2:00 p.m**.;

2. The deadline for Plaintiff's oppositions to the motions is extended to **October 18, 2024**; and

3. The deadline for Defendant Caban Systems, Inc. and Jacqueline Rasch Castillo to file their reply briefs is extended to **November 8, 2024**.

**IT IS SO ORDERED.**

DATED:  October 3, 2024

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge
Northern District of California

---

[PROP.] ORDER GRANTING ADMIN. MOTION RE: SCHEDULE FOR PENDING MOTIONS TO DISMISS

2