1  MARIO A. MOYA (State Bar No. 262059)
   REBECCA M. HOBERG (State Bar No. 224086)
2  MOYA LAW FIRM
   1300 Clay Street, Suite 600
3  Oakland, California 94612
   Tel:  510.926.6521
4  Fax: 510.340.9055
   Email: mmoya@moyalawfirm.com
5          rhoberg@moyalawfirm.com
6
7  Attorneys for Plaintiff
   MULTIFLORA INTERNATIONAL LTD.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares, | Case No. 4:24-cv-04455-YGR |
| --- | --- |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS RE: FIRST AMENDED COMPLAINT** |
| v. | Civil L.R. 6-1(b) & 6-2(a) |
| CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive, | Complaint Filed: 07/23/2024<br>FAC Filed: 10/07/2024 |
| Defendants. | |

STIP. AND [PROPOSED] ORDER RE: SCHEDULE FOR MOTS. TO DISMISS FAC
                                        1                              No. 4:24-cv-4455-YGR

Pursuant to Civil Local Rule 6-1(b) and 6-2(a), Plaintiff Multiflora International, Inc. and Defendants Caban Systems, Inc. and Jacqueline Rasch Castillo (collectively "Defendants/Movants"), by and through their respective counsel of record, respectfully request that the Court enter the following stipulation to modify the briefing schedule related to Defendants/Movants' forthcoming motions to dismiss the FAC filed on Oct. 7, 2024, which affects the previously-set motions filed as Dkt. 21, 24:

## **Background**

WHEREAS, Plaintiff initiated this action on July 23, 2024.  This case was initially assigned to Magistrate Judge Thomas S. Hixson, who issued an initial scheduling order on July 25, 2024 (Dkt. 6);

WHEREAS, on August 23, 2024, the Court granted an unopposed administrative motion of Defendant Caban Systems to extend the date for its response to the complaint to September 20, 2024.  (Dkt. 14).  On August 27, 2024, the above-referenced parties also entered into a stipulation to extend the time for Defendant Jacqueline Rasch to respond to the complaint so that any responsive pleading by Ms. Rasch would be due at the same time as Defendant Caban.  (See Dkt. 17);

WHEREAS, on Sept. 20, 2024, Defendants/Movants Caban Systems and Jacqueline Rasch filed separate motions to dismiss, which were previously scheduled to be heard before Magistrate Judge Hixson on Oct. 31, 2024 at 10:00 AM.  Defendant Caban Systems has filed a motion to dismiss per Rule 12(b)(6) (Dkt. No. 21).  Defendant Jacqueline Rasch Castillo has joined in that motion and also filed a motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(6) (Dkt. 23, 24);

WHEREAS, the case has been reassigned to the Hon. Yvonne Gonzalez-Rogers of the Oakland Division and, following an administrative motion, the pending motions to dismiss have been set for hearing on December 10, 2024 (see Dkt. 26, 29) with a modified briefing schedule as follows: opposition brief due Oct. 18, 2024 and reply due Nov. 8, 2024;

WHEREAS, following receipt of correspondence from movants' joint counsel (which was sent before the reassignment of the case), Plaintiffs filed a First Amended Complaint

("FAC") on Oct. 7, 2024 to make minor amendments to paragraphs 40 and 41 of the previously-filed complaint (see Dkt 30);

WHEREAS, movants' counsel have taken the position that the filing of the FAC moots their previously-filed motions to dismiss and that the amendments contained in the FAC affect portions of their prior briefing to the Court, which they wish to revise in light of the FAC;

WHEREAS, the parties have met and conferred on a briefing schedule for the FAC, and have mutually agreed as to the following: the parties respectfully request to (i) maintain the currently-set hearing date of Dec. 10, 2024 for Defendants' forthcoming motions to dismiss the FAC and (ii) allow additional time for briefing of multiple issues and for consistency with the previously-set briefing schedule as follows:

- Defendants' motions to dismiss the FAC would be due Oct. 17, 2024,
- Plaintiff's oppositions would be due on Nov. 4, 2024;
- Defendants' replies would be due Nov. 22, 2024;

WHEREAS, the Parties do not believe that this modification would adversely impact the Court's schedule if the same currently-set hearing date for the prior motions to dismiss (Dkt 21 and 24, now moot) is used for Defendants' forthcoming challenges to the FAC; the only matters affected by this stipulation is the parties' briefing schedule;

WHEREAS, there has been one previous extension of time in connection with the previously-filed motions as to the original complaint, and this is the first request to modify the briefing schedule as to the recently-filed FAC; and

WHEREAS, as required by Civil Local Rule 6-2(a), this stipulated request is supported by the declaration of Mario A. Moya, which is filed concurrently.

**Stipulation**

THEREFORE, pursuant to Local Rule 6-2(a), the undersigned attorneys for Plaintiff and Defendants Caban Systems, Inc. and Jacqueline Rasch Castillo hereby stipulate as follows:

1. The previously-set hearing date of **December 10, 2024 at 2:00 p.m**. for Defendant Caban Systems, Inc.'s Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim as well as Defendant Jacqueline Rasch Castillo's joinder and separate Rule 12(b)(2) and 12(b)(6)

Motion to Dismiss will be used as the hearing date for Defendants' forthcoming challenges Plaintiffs' First Amended Complaint;

    2.    The deadline for Defendants' motions is **October 17, 2024**;

    3.    The deadline for Plaintiff's opposition to the motions shall be extended to **Nov. 4, 2024**; and

    4.    The deadline for Defendants to file a reply brief shall be extended until **November 22, 2024**.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: Oct. 16, 2024 | MOYA LAW FIRM |
|  | */s/ Mario A. Moya* |
|  | Mario A. Moya<br>Rebecca M. Hoberg |
|  | Attorneys for Plaintiff |
| DATED: Oct. 16, 2024 | THE NORTON LAW FIRM |
|  | */s/ Leah Judge* |
|  | Fred Norton<br>Leah Judge |
|  | Attorneys for Defendants/Movants |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 16, 2024__                HON. YVONNE GONZALEZ ROGERS

_____
U.S. District Judge
Northern District of California