MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
         rhoberg@moyalawfirm.com

Attorneys for Plaintiff
MULTIFLORA INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>            Plaintiff,<br><br>       v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>            Defendants. | Case No. 4:24-cv-04455-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE REMAINING DEFENDANTS**<br><br>[Civil L.R. 7-2 and/or Civ. L.R. 7-10]<br><br>Complaint Filed: 07/23/2024<br>Summons Issued:  07/26/2024<br>FAC Filed: 10/07/2024 |

[PROP.] ORDER GRANTING EX PARTE MOTION TO EXTEND TIME TO SERVE

1

For good cause appearing, the Court GRANTS Plaintiff's ex parte motion and hereby extends the time for Plaintiff's time to serve the remaining defendants as follows:

1. The time to serve Alexandra Rasch is extended by an additional 60 days; and
2. The time to serve all other defendants located abroad (i.e., Nadine Rasch, Christian Rasch, and Gaia Investment Holdings) is extended by an additional 180 days.

IT IS FURTHER ORDERED that this order is without prejudice to Plaintiffs' ability to request additional time for good cause shown in a further application, if necessary.

IT IS SO ORDERED.

DATED:  October 22, 2024

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge
Northern District of California