MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
       rhoberg@moyalawfirm.com

Attorneys for Plaintiff
MULTIFLORA INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 4:24-cv-04455-YGR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF MULTIFLORA INTERNATIONAL LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE INSTANTER PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANT JACQUELINE RASCH<br><br><br>Complaint Filed: 07/23/2024<br>FAC Filed: 10/07/2024 |

The Court has reviewed and considered Plaintiff Multiflora International Ltd.'s Administrative Motion For Leave To File Instanter Plaintiff's Opposition To Motion To Dismiss Filed By Defendant Jacqueline Rasch and all related briefing and other materials.

After reviewing the submissions, the Court hereby **GRANTS** the administrative motion. Plaintiff is permitted to file an opposition and supporting declaration to the motion to dismiss filed by defendant Jacqueline Rasch *instanter*, even if one-day late. Because Plaintiff has already submitted the opposition via the CM/ECF filing platform, the opposition and related declaration filed, respectively, as ECF Nos. 45 and 45-1 shall be deemed validly filed as of their filing date.

The Court further orders that counsel for Defendant Rasch may have one extra day beyond the currently-set deadline to file a reply to the opposition.

**IT IS SO ORDERED.**

DATED: November 6, 2024

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge
Northern District of California