United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MULTIFLORA INTERNATIONAL LTD.**, A BRITISH VIRGIN ISLANDS COMPANY LIMITED BY SHARES,<br><br>Plaintiff,<br><br>v.<br><br>**CABAN SYSTEMS, INC.**, A DELAWARE CORPORATION; **GAIA INVESTMENT HOLDINGS CORP.**, A PANAMANIAN CORPORATION; **ALEXANDRA RASCH**, AN INDIVIDUAL; **JACQUELINE RASCH**, AN INDIVIDUAL; **NADINE RASCH**, AN INDIVIDUAL; **CHRISTIAN RASCH**, AN INDIVIDUAL; AND DOES 1–20, INCLUSIVE,<br><br>Defendants. | Case No.: 4:24-cv-04455-YGR<br><br>**ORDER VACATING HEARING**<br><br>DKT. NO. 35 |

The hearing set for December 10, 2024 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED**.

Date: November 26, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**