1  Fred Norton (SBN 224725)
   fnorton@nortonlaw.com
2  Leah L. Judge (SBN 302406)
   ljudge@nortonlaw.com
3  Celine G. Purcell (SBN 305158)
   cpurcell@nortonlaw.com
4  THE NORTON LAW FIRM PC
   299 Third Street, Suite 200
5  Oakland, CA 94607
   Phone: (510) 906-4900
6  Fax: (510) 906-4910

7  Attorneys for Defendant
   CABAN SYSTEMS, INC.
8  and JACQUELINE RASCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 4:24-cv-04455-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ALEXANDRA RASCH TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a) and Section 3 of this Court's Standing Order in Civil Cases, Defendant Alexandra Rasch and Plaintiff Multiflora International, Ltd. ("Plaintiff") respectfully request that the Court enter the following stipulation to extend time for Alexandra Rasch to respond to Plaintiff's First Amended Complaint as specified below.

WHEREAS, Plaintiff initiated this action on July 23, 2024. This case was initially assigned to Magistrate Judge Thomas S. Hixson, who issued an initial scheduling order on July 25, 2024, Dkt. 6;

WHEREAS, Plaintiff served the complaint and accompanying documents on Defendant Caban Systems, Inc. ("Caban") on July 31, 2024;

WHEREAS, on August 21, 2024, the Court granted an unopposed administrative motion of Defendant Caban to extend the date for its response to the complaint to September 20, 2024, Dkt. 14;

WHEREAS, Plaintiff served the complaint and accompanying documents on Defendant Jacqueline Rasch Castillo ("Jacqueline") on August 8, 2024;

WHEREAS, on August 27, 2024, Plaintiff and Defendant Jacqueline entered a stipulation to extend the time for Jacqueline to respond to the complaint so that any responsive pleading by Jacqueline would be due at the same time as Caban, *See* Dkt. 17;

WHEREAS, on Sept. 20, 2024, Defendants Caban and Jacqueline filed separate motions to dismiss, which were previously scheduled to be heard before Magistrate Judge Hixson on Oct. 31, 2024 at 10:00 AM. Defendant Caban filed a motion to dismiss per Rule 12(b)(6). Dkt. 21. Defendant Jacqueline joined in that motion and also filed a motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(6), Dkts. 23, 24;

WHEREAS, the case was reassigned to the Hon. Yvonne Gonzalez Rogers of the Oakland Division and, following an administrative motion, the pending motions to dismiss were set for hearing on December 10, 2024, with a modified briefing schedule as follows: opposition briefs due Oct. 18, 2024 and replies due Nov. 8, 2024, *see* Dkts. 26, 29;

WHEREAS, following receipt of correspondence from counsel to Defendants Caban and Jacqueline, Plaintiffs filed a First Amended Complaint ("FAC") on Oct. 7, 2024, amending paragraphs 40 and 41 of the complaint, *see* Dkt. 30;

1     WHEREAS, on October 16, 2024, the Court granted Caban, Jacqueline, and Multiflora's
2 stipulation to enter the following briefing scheduled for Caban and Jacqueline's motions to dismiss the
3 FAC, while maintaining the December 10, 2024 hearing date;

4     WHEREAS, on November 12, 2024, Plaintiff served the FAC and accompanying documents on
5 Defendant Alexandra Rasch via substitute service on her spouse at her home in Florida, and, as a
6 condition of Plaintiff entering this stipulation, Alexandra Rasch will not be challenging the sufficiency
7 of process or service of process under Fed. R. Civ. P. 12(b)(4) or (b)(5);

8     WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Alexandra Rasch's
9 deadline to respond to the FAC is currently December 3, 2024;

10     WHEREAS, on November 26, 2024, the Court issued an Order taking the December 10, 2024
11 hearing on Jacqueline Rasch's motion to dismiss the FAC (Dkt. 35) off calendar and stated the Court
12 would "reset the hearing on a later date if appropriate" or "if appropriate, the Court will issue a written
13 decision on the papers" (see Dkt. 52), and, according to PACER, also appeared to take off-calendar the
14 concurrently-set hearing for Caban's motion to dismiss; ;

15     WHEREAS, the parties have met and conferred on a schedule for Alexandra Rasch to respond to
16 the FAC, which may be affected by the legal issues to be resolved by the Court in connection with
17 Defendants Caban and Jacqueline's motions to dismiss, and thereby agree that it would be more efficient
18 for the Court and the parties to delay Alexandra Rasch's response to the FAC until after the Court has
19 decided Caban and Jacqueline's motions. Accordingly, the parties propose the following schedule:

- The deadline for Alexandra Rasch to respond to the FAC shall be the later of (a) January 6, 2025, **OR** (b) two (2) weeks after the Court enters an order on both of Defendants Caban and Jacqueline's Fed. R. Civ. P. 12(b)(6) challenges to the FAC (as applicable), **but in no case later than Jan. 31, 2025**; **provided, however,** that if the court grants Plaintiff leave to amend the FAC in its orders on Defendant Caban and/or Jacqueline's pending motions to dismiss before January 31, 2025, then Alexandra Rasch's response to Multiflora's amended pleading will be due fourteen (14) days after Plaintiff's amended pleading is electronically-filed pursuant to Rule 15(a)(3), which the undersigned joint counsel for Defendants agrees it is authorized to accept electronically on behalf of Alexandra Rasch.

2

- In the event that Alexandra Rasch files anything other than an Answer, Multiflora will have an additional fourteen (14) days to file a response in addition to the time provided by Civ. L.R. 7-3; and

WHEREAS, the parties do not believe that this modification would adversely affect the Court's schedule.  No scheduling order has been entered.  The change is intended to conserve both the Court and the parties' resources and there has been no prior extension of time for Alexandra Rasch to respond to the FAC.

## Stipulation

THEREFORE, pursuant to Local Rule 6-1(a), the undersigned attorneys for Plaintiff and Defendant Alexandra Rasch hereby stipulate as follows:

- The deadline for Alexandra Rasch to respond to the FAC shall be the later of (a) January 6, 2025, **OR** (b) two (2) weeks after the Court enters an order on both of Defendants Caban and Jacqueline's Fed. R. Civ. P. 12(b)(6) challenges to the FAC (as applicable), **but in no case later than Jan. 31, 2025**; **provided, however,** if the court grants Plaintiff leave to amend the FAC in its orders on Defendant Caban and/or Jacqueline's pending motions to dismiss before January 31, 2025, then Alexandra Rasch's response to Multiflora's amended pleading will be due fourteen (14) days after Plaintiff's amended pleading is electronically-filed pursuant to Rule 15(a)(3), which the undersigned joint counsel for Defendants agrees it is authorized to accept electronically on behalf of Alexandra Rasch; and

- In the event that Alexandra Rasch files anything other than an Answer, Multiflora will have an additional fourteen (14) days to file a response in addition to the time provided by Civ. L.R. 7-3.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 27, 2024 | Respectfully submitted, |
| | THE NORTON LAW FIRM PC |
| | */s/ Leah L. Judge* |
| | Leah L. Judge |
| | Attorneys for Defendant |
| | ALEXANDRA RASCH |
| | |
| | MOYA LAW FIRM |
| Dated: November 27, 2024 | |
| | */s/ Mario Moya* |
| | Mario Moya |
| | Attorneys for Plaintiff |
| | MULTIFLORA INTERNATIONAL, LTD. |

### [PROPOSED] ORDER

Pursuant to stipulation, it is so ORDERED.

DATED: December 2, 2024

*(signature)*

HON. YVONNE GONZALEZ ROGERS

United States District Judge
Northern District of California

---

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT CASE NO. 4:24-CV-04455 -YGR