MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
MOYA LAW FIRM
1300 Clay Street, Suite 600
Oakland, California 94612
Tel:  510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com
         rhoberg@moyalawfirm.com

Attorneys for Plaintiff
MULTIFLORA INTERNATIONAL LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,<br><br>Plaintiff,<br><br>v.<br><br>CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,<br><br>Defendants. | Case No. 4:24-cv-04455-YGR<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED BY DEFENDANTS CABAN SYSTEMS AND ALEXANDRA RASCH**<br><br>Date: October 28, 2025<br>Time: 2:00 pm<br>Courtroom 1<br>Judge: Hon. Yvonne Gonzalez-Rogers<br><br>Complaint Filed: 07/23/2024<br>FAC Filed: 10/07/2024<br>SAC Filed: 09/02/2025 |

On October 28, 2025, the Court heard and reviewed the Motion to Dismiss the Second Amended Complaint filed by Defendants Caban Systems Inc. and Alexandra Rasch pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. After reviewing the parties' submissions and hearing oral argument of counsel, the Court hereby **DENIES** the motion to dismiss filed by Defendant Caban Systems Inc. and Alexandra Rasch (Dkt. 68).

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Yvonne Gonzalez Rogers

United States District Judge
Northern District of California