Fred Norton (SBN 224725)
fnorton@nortonlaw.com
Celine G. Purcell (SBN 305158)
cpurcell@nortonlaw.com
Rebecca Kutlow (SBN 333944)
rkutlow@nortonlaw.com
Saja Spearman-Weaver (SBN 355275)
sspearmanweaver@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Phone: (510) 906-4900
Fax: (510) 906-4910

Attorneys for Defendants
ALEXANDRA RASCH;
CABAN SYSTEMS, INC.; and
GAIA INVESTMENT HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MULTIFLORA INTERNATIONAL LTD., a British Virgin Islands company limited by shares,

Plaintiff,

vs.

CABAN SYSTEMS, INC., a Delaware corporation; GAIA INVESTMENT HOLDINGS CORP., a Panamanian corporation; ALEXANDRA RASCH, an individual; JACQUELINE RASCH, an individual; NADINE RASCH, an individual; CHRISTIAN RASCH, an individual; and DOES 1–20, inclusive,

Defendants.

Case No. 4:24-cv-04455-YGR

**DEFENDANT GAIA INVESTMENT HOLDING CORPS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that Gaia Investment Holdings Corp. has no parent corporation and that to Gaia's knowledge, no public corporation owns more than 10% of its stock.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Federal Rule of Civil Procedure 7.1 or Local Rule 3-15.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

1) Gaia Investment Holdings Corp. - Panama

Dated: June 15, 2026

Respectfully Submitted,

THE NORTON LAW FIRM PC

By: */s/ Saja Spearman-Weaver*
Saja Spearman-Weaver
Attorneys for Defendant
GAIA INVESTMENT HOLDING CORP.